UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

ROBERT VENETUCCI, Civil No. 01-919 (ADM/JMM)

Petitioner, **ORDER**

v.

CONSTANCE REESE, Warden [at] FMC-Rochester, KATHLEEN HAWK-SAWYER, Director [of the] Bureau of Prisons, COLIN POWELL, Secretary of State of the United States, and UNITED STATES PAROLE COMMISSION,

Respondents.

On May 29, 2001, Petitioner filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, claiming that he is being confined at the Federal Medical Center in Rochester, Minnesota, in violation of federal law, international treaties, and the Constitution.

The Respondents are directed to make a return in writing on or before June 29, 2001, showing the true cause of Petitioner's confinement, the expected duration of Petitioner's confinement, and any just reason(s) for not granting the writ.

The return shall be filed with the Court and shall include:

1) Such affidavits and exhibits as are needed to establish the lawfulness of Petitioner's continuing confinement;

2) A reasoned memorandum of law and fact explaining Respondents' position on the issues raised in the petition, as well as Respondents' recommendation as to whether or not an evidentiary hearing should be conducted in this matter;

JUN 05 2001
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTERED ______
DEPUTY CLERK ______

3) Certified copies of all court documents, prison records or other written materials that may be germane to the issues raised by the petition.

The Court will entertain a motion to grant the relief requested in the Petition if a written return is not filed by June 29, 2001, as required by this Order.

IT IS FURTHER ORDERED THAT upon the filing of this Order, the parties shall await the further order of this Court.

Dated: June 4, 2001

JOHN M. MASON
United States Magistrate Judge