UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

ROBERT VENETUCCI, CIVIL NO. 01-919 (ADM/JMM)

Petitioner,

v. ORDER

CONSTANCE REESE, Warden [at] FMC-Rochester, KATHLEEN HAWK-SAWYER, Director [of the] Bureau of Prisons, COLIN POWELL, Secretary of State of the United States, and UNITED STATES PAROLE COMMISSION,

Respondents.

The above matter is before the undersigned upon Petitioner's Motion for Enlargement of Time to File a Traverse [Docket No. 7].

The Court, being duly advised in the premises, upon all of the files, records and proceedings herein, now makes and enters the following Order.

IT IS HEREBY ORDERED that Petitioner's Motion for Enlargement of Time to File a Traverse [Docket No. 7] is granted. Petitioner may file a reply to the Return filed by Respondents No later than August 3, 2001.

Dated: July 9, 2001

JOHN M. MASON
United States Magistrate Judge

FILED JUL 09 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS